UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TAQUALA L. HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:20-CV-3430-G |
| ALLIED INTERSTATE, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This court has received notification that defendant has filed a petition under Chapter 11 of the Bankruptcy Code (docket entry 9). Pursuant to Section 362 of the Bankruptcy Code, an automatic stay of the case in this court is now in effect. In an effort to manage this court's docket more efficiently, the above-styled and numbered case will be **ADMINISTRATIVELY CLOSED**. The case may be re-opened, without prejudice, upon the motion of any party, pursuant to any action taken in the related bankruptcy proceeding. The right to re-open this case shall continue until 30 days after the related bankruptcy proceedings are concluded.

February 23, 2021.

_____
**A. JOE FISH**
**Senior United States District Judge**